IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ORLANDO RODRIGUEZ,

          Plaintiff,

v.                                                                                                  Case No.  22-2223-JWB

UPFIELD US INC., BRENNEN JENSEN, and RAYNA FARRAR,

          Defendants.

**MEMORANDUM AND ORDER**

This matter is before the court on Magistrate Judge James' notice of deficiency and show cause order.  (Doc. 7.)

On June 13, 2022, Plaintiff, proceeding pro se, filed his complaint.  (Doc. 1.)  Plaintiff did not pay the filing fee at the time he filed his complaint but he did file a motion for a 60-day extension of time to pay the filing fee.  (Doc. 3.)  On June 29, 2022, the court entered a minute order by text entry granting Plaintiff's motion and giving him until August 12, 2022 to either pay the filing fee or file a motion for leave to proceed in forma pauperis without prepayment of the fees pursuant to 28 U.S.C. § 1915(a)(1).  (Doc. 5.)  The order cautioned Plaintiff that a failure to comply could result in dismissal for failing to pay the filing fee.

Plaintiff failed to comply with the court's June 29 order.  On October 7, Magistrate Judge James issued a notice of deficiency and an order to show cause.  In that order, Plaintiff was instructed to pay the filing fee or file a motion to proceed in forma pauperis on or before October 24.  (Doc. 7.)  The order notified Plaintiff that a failure to comply will result in dismissal of the action without further notice.

1

The deadline to comply with the show cause order has now passed and Plaintiff did not pay the filing fee or file a motion to proceed in forma pauperis.  Under Federal Rule of Civil Procedure 41(b), a district court may, in its discretion, dismiss an action "[f]or failure of the plaintiff to prosecute or to comply with ... any order of court."  On two occasions, Plaintiff has been notified that a failure to comply with this court's orders will result in dismissal of his action, yet Plaintiff has not taken action.

Because Plaintiff has failed to comply with this court's orders and has not taken any action in this matter since filing his complaint, the court finds that Plaintiff's complaint is subject to dismissal for failure to prosecute.  *See Kennedy v. Reid*, 208 F. App'x 678, 679–80 (10th Cir. Dec. 13, 2006).

Plaintiff's complaint is accordingly DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.  Dated this 26th day of October 2022.

                                                                         \_\_ \_s/ John Broomes_____
                                                                         JOHN W. BROOMES
                                                                         UNITED STATES DISTRICT JUDGE